**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6652**

———————

DEMBRY V. SHABAZZ,

                                        Plaintiff - Appellant,

        versus

DAVID GARRAGHTY, Chief Warden; MARIE MILLARD,
Assistant of Programs,

                                        Defendants - Appellees,

        and

ANDREW OLIVER, Chaplain,

                                        Defendant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-97-598-2)

———————

Submitted: September 30, 1999        Decided: October 6, 1999

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dembry V. Shabazz, Appellant Pro Se. Rick Randall Linker, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dembry V. Shabazz appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Shabazz v. Garraghty, No. CA-97-598-2 (E.D. Va. Mar. 31, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2